# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16881-AMC

CRAIG M FLOOD
STEPHANIE FLOOD
6315 E. VALLEY GREEN ROAD

FLOURTOWN, PA 19031

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CRAIG M FLOOD
    STEPHANIE FLOOD
    6315 E. VALLEY GREEN ROAD

    FLOURTOWN, PA 19031

**Counsel for debtor(s), by electronic notice only.**
    MATTHEW L RAZZANO ESQ
    1526 HADDONFIELD-BERLIN RD.

    CHERRY HILL, NJ 08003-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

    /s/ William C. Miller

Date: 12/14/2018

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee