UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                          :    Chapter 13
    CRAIG M. FLOOD AND                      :    Bankruptcy No. 18-16881AMC
    STEPHANIE FLOOD                         :
          Debtors    :

## CONSENT ORDER (DEBTORS NOT SEEKING NOR ENTITLED TO DISCHARGE)

    AND NOW, this _____ day of _____, 2019, upon agreement of the parties as to whether debtors are entitled to a discharge, it is

    ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtors receiving a Chapter 7 discharge in Bankruptcy Case No 15-18541 on 3/17/16, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case filed on October 16, 2018, the court shall not grant a discharge in the instant case.

Date: April 29, 19

_____
Craig M. Flood
Debtor

_____
Stephanie Flood
Debtor

/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

_____  4/30/19
Matthew Louis Razzano, Esquire
Attorney for Debtors

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUTPCY JUDGE

Matthew Louis Razzano, Esquire
O'Brien, Belland & Bushinsky, LLC
1526 Haddonfield-Berlin Rd.
Cherry Hill, NJ 08003

Craig M Flood and Stephanie Flood
6315 E Valley Green Rd
Flourtown, PA 19031

1