UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Craig M Flood and Stephanie Flood                    Case No: 18-16881

Date:   9/8/19

To:     Michelle Ghidotti

## NOTICE OF INACCURATE FILING

Re:   Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: New Penn
Financial, LLC

The above pleading was filed in this office on **9/17/19**          Please be advised that the
following document(s) filed contains a deficiency as set forth below:

( ) Pleading is not electronically signed
( ) Debtors' Case Number does not match case listed
( ) Debtor's name and/or case number (is) are missing
(XX ) Incorrect PDF document(s) attached
( ) PDF document not legible
( ) Pleadings(s) must be re-filed as to the Adversary Case only to correct error
( ) Documents docketed on incorrect case
( ) Other: Caption reads incorrectly regarding answer to complaint

In order for this matter to proceed, please submit the above noted correction within ten (14)
days from the date of this notice.  All replies with appropriate corrections should be
submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be
referred to the Court.

Timothy B. McGrath
Clerk

By: Denise Lavariere
Deputy Clerk

CM-ECF 14 day notice.frm
4/21/05