Michelle R. Ghidotti-Gonsalves, Esq.
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor,
U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Craig M Flood, Stephanie Flood | BK Case No.: 18-16881-amc |
| Debtors. | WITHDRAWAL OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY (RELATED TO CLAIM NO. 2) |

U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust, hereby withdraws its Notice of Mortgage Payment Change regarding the Real Property Located at 105 Las Brisas Circle, Hypoluxo FL 33460 –Related to Claim No. 2, filed on September 17, 2019.

Dated: September 18, 2019           /s/ Michelle Ghidotti
                                    Attorney for U.S. Bank Trust National Association, as
                                    Trustee of Tiki Series III Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: CRAIG M FLOOD<br>STEPHANIE FLOOD<br><br>Debtor. | ) Case No.: 18-16881-amc<br>)<br>) CHAPTER 13<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On September 18, 2019 I served the following documents described as:

- **WITHDRAWAL OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**Craig M Flood**<br>6315 E Valley Green Rd<br>Flourtown, PA 19031<br><br>**Joint Debtor**<br>**Stephanie Flood**<br>6315 E Valley Green Rd<br>Flourtown, PA 19031<br><br>**U.S. Trustee**<br>**United States Trustee**<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 | **Debtor's Counsel**<br>**MATTHEW LOUIS RAZZANO**<br>O'Brien, Belland & Bushinsky, LLC<br>1526 Haddonfield-Berlin Rd.<br>Cherry Hill, NJ 08003<br><br>**Trustee**<br>**WILLIAM C. MILLER, Esq.**<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2019 at Santa Ana, California

*/s/ Evan Tragarz*
Evan Tragarz

**2**

CERTIFICATE OF SERVICE