United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Craig M Flood  
Stephanie Flood  
      Debtors

Case No. 18-16881-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: dlv      Page 1 of 1      Date Rcvd: Sep 19, 2019  
                     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.  
14271994      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:  
         MATTHEW LOUIS RAZZANO    on behalf of Joint Debtor Stephanie Flood mrazzano@obbblaw.com, crodriguez@obbblaw.com  
         MATTHEW LOUIS RAZZANO    on behalf of Debtor Craig M Flood mrazzano@obbblaw.com, crodriguez@obbblaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                 TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16881-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Craig M Flood
6315 E Valley Green Rd
Flourtown PA 19031

Stephanie Flood
6315 E Valley Green Rd
Flourtown PA 19031

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/18/2019.

Name and Address of Alleged Transferor(s):

Claim No. : New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC  29603-0675

Name and Address of Transferee:

US Bank Trust National Association
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/21/19

Tim McGrath
**CLERK OF THE COURT**