**O'BRIEN, BELLAND & BUSHINSKY, LLC**
By: David H. Lipow, Esquire DHL 8766
509 S. Lenola Rd., Building 6
Moorestown, NJ 08057
(856) 795-2181
Attorneys for Debtor(s)

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | Case Number: 18-16881-ELF |
|---|---|---|
| Craig M. Flood | ) | Chapter 13 |
| Stephanie Flood | ) | |
| Debtor | ) | **SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of David H. Lipow of the law firm of O'Brien, Belland and Bushinsky, as attorney for Craig M. Flood, Debtor, and Stephanie Flood, Debtor.

Date: 10/22/2021

/s/Matthew L. Razzano
Matthew L. Razzano, Esquire
Withdrawing Attorney

Date: 10/22/2021

/s/David H. Lipow
David H. Lipow, Esquire
Superseding Attorney