O'Brien, Belland and Bushinsky, LLC
By: David H. Lipow, Esq.
Attorney ID No. 59825
500-506 N. Sixth Street
Philadelphia, PA 19123
Tel: (215) 925-9400
Fax: (856) 795-2181
Email: dlipow@obbblaw.com

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | **Bky. No.  18-16881- AMC** |
| **Craig M. Flood and Stephanie Flood** | : | |
| | : | |
| | : | |
| **Debtor** | : | |
| | : | |

### Notice of Motion

Craig M. Flood and Stephanie Flood have filed a Motion for Extension of Time to File Certificates of Successful Completion of Personal Financial Management Courses.

1. **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or **before November 11, 2023 your attorney must file a response to the Motion.**

3. **A hearing on the Motion** is schedule to be held on **November 15, 2023, at 11:00 am in Courtroom 4,** 900 Market Street, Suite 400 Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an <u>evidentiary hearing.</u>

4. **If you do not file a response to the Motion,**  the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

**6.** If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of that Notice.

## **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

United States Bankruptcy Court
Clerk's Office
900 Market Street, Suite 400
Philadelphia, PA 19107

**9. If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

**10.** ON the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

:David H. Lipow, Esq.
O'Brien, Belland and Bushinsky, LLC
500-506 N. Sixth Street
Philadelphia, PA 19123
Tel: (215) 925-9400
Fax: (856) 795-2181
Email: dlipow@obbblaw.com

October 19, 2023