O'Brien, Belland and Bushinsky, LLC
By: David H. Lipow, Esq.
Attorney ID No. 59825
500-506 N. Sixth Street
Philadelphia, PA 19123
Tel: (215) 925-9400
Fax: (856) 795-2181
Email: dlipow@obbblaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVANIA

| In re: | : | Chapter 13 |
| --- | --- | --- |
| Craig M. Flood and Stephanie Flood | : | Bky. No. 18-16881- AMC |
| Debtor | : | |

### Certificate of Service

I, David H. Lipow, the undersigned, attorney for Debtors, do hereby certify that a true and correct copy of Debtor's Motion for Extension of Time to File Certificates of Successful Completion of Personal Financial Management Courses has been served on the following parties in the following manner on October 19, 2023:

KENNETH E. WEST
1234 Market Street (Septa Building)
Suite 1813
Philadelphia, PA 19107

US Trustee
900 Market Street, Room 229
Philadelphia, PA 19107

O'Brien, Belland & Bushinsky, LLC

By: _____

Date: October 19, 2023

David H. Lipow, Esquire
Attorney for Debtors