United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Craig M Flood  
Stephanie Flood  
    Debtors

Case No. 18-16881-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 08, 2023      Form ID: 138OBJ      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig M Flood, Stephanie Flood, 6315 E Valley Green Rd, Flourtown, PA 19031-1317 |
| 14552490 | + | BSI Financial Svcs, for U.S. Bank Trust NA, c/o Lorraine Gazzara Doyle, Esq., 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 14213925 | | Credit One Bank, P.O. Box 98875, City of Industry, CA 91716 |
| 14213928 | + | Nationstar Mortgage LLC, P.O. Box 183040, Columbus, OH 43218-3040 |
| 14218644 | + | Nationstar Mortgage LLC dba Mr. Cooper, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2023 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14213924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2023 00:30:13 | CitiMortgage, 1000 Technology Drive MS 100 RM, O'Fallon, MO 63368-2240 |
| 14251306 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2023 00:14:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14551969 | ^ | MEBN | Dec 09 2023 00:11:10 | FRIEDMAN VARTOLO, LLP, Attorneys for BSI Financial Services as, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14213926 | | Email/Text: GCSBankruptcy@gcserv.com | Dec 09 2023 00:14:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14213927 | ^ | MEBN | Dec 09 2023 00:10:59 | KML LAW GROUP, Suite 5000- BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 14244974 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:19:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14223760 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 09 2023 00:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14271994 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2023 00:14:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14213929 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2023 00:14:00 | PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14221745 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2023 00:14:00 | PHEAA, PO BOX 8147, HARRISBURG PA |

Case 18-16881-amc    Doc 62    Filed 12/10/23    Entered 12/11/23 00:29:10    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 138OBJ | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | 17105-8147 |
| 14214386 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 09 2023 00:30:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14594343 | + | Email/Text: bknotices@snsc.com | Dec 09 2023 00:15:00 | U.S. Bank Trust N.A.,as Trustee of the Cabana, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14390435 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 09 2023 00:14:00 | US Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID H. LIPOW | on behalf of Joint Debtor Stephanie Flood dlipow@obbblaw.com |
| DAVID H. LIPOW | on behalf of Debtor Craig M Flood dlipow@obbblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bkecf@friedmanvartolo.com |
| ROGER FAY | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Craig M Flood and Stephanie Flood
    Debtor(s)
                Case No: 18−16881−amc
                Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
           Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/8/23

61 − 50
Form 138OBJ