**O'Brien, Belland & Bushinsky, LLC**
By: David H. Lipow, Esquire, DHL 8766
509 S. Lenola Rd., Bldg. 6
Moorestown, NJ 08057
Tel. (215) 925-9400
Fax (856) 581-4214
Email: dlipow@obbblaw.com

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Craig M. Flood and | : | Bankruptcy No. 18-16881-amc |
| Stephanie Flood | : | Chapter 13 |
| Debtors | : | |
| | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Nationstar Mortgage LLC

    Incorrect Address:    P.O. Box 183040

    Columbus, OH 43218-3040

Corrected Address:

    Creditor Name:    Nationstar Mortgage LLC d/b/a Mr. Cooper

    Correct Address:    P.O. Box 619096

    Dallas, TX 75261-9741

Dated: 1/3/24        O'Brien, Belland & Bushinsky

        By: /s/David H. Lipow
        Attorney for Debtors