*Form OL240* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Craig M Flood ) | Case No. 18–16881–amc |
| ) | |
| ) | |
|    Stephanie Flood ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge**.

Date: Jan. 8, 2024

_____
Ashely M. Chan
Judge, United States Bankruptcy Court